AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.   3:23-CV-00540-BJD-LLL

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for   **Accounts Receivable Resources, Inc. ALSO KNOWN AS AR Resources, Inc.**
was recieved by me on  **5/07/2023:**

☐   I personally served the summons on the individual at *(place)*  on *(date)* ; or

☐   I left the summons at the individual's residence or usual place of abode with *(name)* , a person of suitable age and discretion who resides there, on , and mailed a copy to the individual's last known address; or

☒   I served the summons on **CT Corporation System**, who is designated by law to accept service of process on behalf of **Accounts Receivable Resources, Inc. ALSO KNOWN AS AR Resources, Inc.** at **1200 South Pine Island Road 250, Plantation, FL 33324** on **05/08/2023 at 12:10 PM**; or

☐   I returned the summons unexecuted because ; or

☐   Other *(specify)*

My fees are $ 0 for travel and **$ 75.00** for services, for a total of **$ 75.00**.

I declare under penalty of perjury that this information is true.

Date:   05/08/2023

*Server's signature*

**Joseph S Marker**
*Printed name and title*

**14071 Oak Ridge Dr.
Davie, FL 33325**

*Server's address*

Additional information regarding attempted service, etc:

**I delivered the documents to Lisa Howard who identified themselves as the person authorized to accept with identity confirmed by subject stating their name. The individual accepted service with direct delivery. The individual appeared to be a black-haired female contact 45-55 years of age, 5'4"-5'6" tall and weighing 120-140 lbs.**



Tracking #: **0106082936**

