

INVESTING | SIMULATOR | ECONOMY | PERSONAL FINANCE | NEWS | REVIEWS | ACADEMY





CORPORATE FINANCE > FINANCIAL STATEMENTS

# What Accounts Receivable (AR) Are and How Businesses Use Them, with Examples

**Table of Contents**
- What Are Accounts Receivable (AR)?
- Understanding Accounts Receivable
- Receivable vs. Payable
- Benefits
- Example

By **ADAM HAYES** Updated August 05, 2022
Reviewed by **MARGARET JAMES**
Fact checked by **KATRINA MUNICHIELLO**



Joules Garcia / Investopedia

## What Are Accounts Receivable (AR)?

Accounts receivable (AR) are the balance of money due to a firm for goods or services delivered or used but not yet paid for by customers. Accounts receivable are listed on the balance sheet as a current asset. Any amount of money owed by customers for purchases made on credit is AR.

**KEY TAKEAWAYS**

- Accounts receivable (AR) are an asset account on the balance sheet that represents money due to a company in

# Table of Contents

- What Are Accounts Receivable (AR)?
- Understanding Accounts Receivable
- Receivable vs. Payable
- Benefits
- Example

- Accounts receivable (AR) are an asset account on the balance sheet that represents money due to a company in the short term.
- Accounts receivable are created when a company lets a buyer purchase their goods or services on credit.
- Accounts payable are similar to accounts receivable, but instead of money to be received, they are money owed.
- The strength of a company's AR can be analyzed with the accounts receivable turnover ratio or days sales outstanding.
- A turnover ratio analysis can be completed to have an expectation of when the AR will actually be received.



Accounts Receivable

## Understanding Accounts Receivable

Accounts receivable refer to the outstanding invoices that a company has or the money that clients owe the company. The phrase refers to accounts that a business has the right to receive because it has delivered a product or service. Accounts receivable, or receivables, represent a line of credit extended by a company and normally have terms that require payments due within a relatively short period. It typically ranges from a few days to a fiscal or calendar year.

Companies record accounts receivable as assets on their balance sheets because there is a legal obligation for the customer to pay the debt. They are considered a liquid asset, because they can be used as collateral to secure a loan to help meet short-term obligations. Receivables are part of a company's working capital.



Advertisement

Advertisement

# Table of Contents

- What Are Accounts Receivable (AR)?
- ▸ Understanding Accounts Receivable
- Receivable vs. Payable
- Benefits
- Example





Advertisement



Furthermore, accounts receivable are current assets, meaning that the account balance is due from the debtor in one year or less. If a company has receivables, this means that it has made a sale on credit but has yet to collect the money from the purchaser. Essentially, the company has accepted a short-term IOU from its client.[1]

 **Important:** Many businesses use accounts receivable aging schedules to keep tabs on the status and well-being of AR.

## Accounts Receivable vs. Accounts Payable

When a company owes debts to its suppliers or other parties, these are accounts payable. Accounts payable are the opposite of accounts receivable. To illustrate, imagine Company A cleans Company B's carpets and sends a bill for the services. Company B owes them money, so it records the invoice in its accounts payable column. Company A is waiting to receive the money, so it records the bill in its accounts receivable column.

## Benefits of Accounts Receivable

Accounts receivable are an important aspect of a business's fundamental analysis. Accounts receivable are a current asset, so it measures a company's liquidity or ability to cover short-term obligations without additional cash flows.

Fundamental analysts often evaluate accounts receivable in the context of turnover, also known as accounts receivable turnover ratio, which measures the number of times a company has collected on its accounts receivable balance during an accounting period.

Advertisement




**Table of Contents**

What Are Accounts Receivable (AR)?

Understanding Accounts Receivable

Receivable vs. Payable

▸ Benefits

Example


Advertisement

## Example of Accounts Receivable

An example of accounts receivable includes an electric company that bills its clients after the clients received the electricity. The electric company records an account receivable for unpaid invoices as it waits for its customers to pay their bills.

Most companies operate by allowing a portion of their sales to be on credit. Sometimes, businesses offer this credit to frequent or special customers that receive periodic invoices. The practice allows customers to avoid the hassle of physically making payments as each transaction occurs. In other cases, businesses routinely offer all of their clients the ability to pay after receiving the service.

## What are examples of receivables?

A receivable is created any time money is owed to a firm for services rendered or products provided that have not yet been paid. This can be from a sale to a customer on store credit, or a subscription or installment payment that is due after goods or services have been received.

## Where do I find a company's accounts receivable?

Accounts receivable are found on a firm's balance sheet. Because they represent funds owed to the company, they are booked as an asset.

## What happens if customers never pay what's due?

When it becomes clear that an account receivable won't get paid by a customer, it has to be written off as a bad debt expense or one-time charge.

## How are accounts receivable different from accounts payable?

Accounts receivable represent funds owed to the firm for services rendered, and they are booked as an asset. Accounts payable, on the other hand, represent funds that the firm owes to others—for example, payments due to suppliers or creditors. Payables are booked as liabilities.


Advertisement

Case 3:23-cv-00540-BJD-LLL    Document 9-2    Filed 05/17/23    Page 5 of 7 PageID 176

# Table of Contents

- What Are Accounts Receivable (AR)?
- Understanding Accounts Receivable
- Receivable vs. Payable
- Benefits
- ▶ Example

Accounts receivable represent funds owed to the firm for services rendered, and they are booked as an asset. Accounts payable, on the other hand, represent funds that the firm owes to others—for example, payments due to suppliers or creditors. Payables are booked as liabilities.

### Switch to the Exclusive Provider                    SPONSORED

FOREX.com is the only broker to offer intelligent, intuitive analysis tools such as Performance Analytics and SMART Signals. Take your strategies to the next level by digging deeper into your trading behavior and emerging with an optimized, personalized plan. Use these tools to elevate your trading, only at FOREX.com.

**ARTICLE SOURCES ▼**

## Open a New Bank Account                    Advertiser Disclosure

| SPONSOR | PENFED CREDIT UNION | CIT Bank Member FDIC | PRIMIS |
|---|---|---|---|
| | Premium Online Savings | Savings Account | Checking Account |
| NAME | PenFed Credit Union | CIT Bank | Primis Premium |
| DESCRIPTION | Earn 2.70% Annual Percentage Yield on your savings with a PenFed… | Earn a 4.75% APY when you open a Platinum Savings Account with no month… | Open a checking account with just $1 and access a 4.77% APY |
| | LEARN MORE | LEARN MORE | LEARN MORE |

## Related Terms

### Working Capital Management Explained: How It Works

Working capital management is a strategy that requires monitoring a company's current assets and liabilities to ensure its efficient operation. more

### Current Ratio Explained With Formula and Examples

The current ratio is a liquidity ratio that measures a company's ability to pay its short-term obligations with its current assets. more






Partner Links

### Examples
The current ratio is a liquidity ratio that measures a company's ability to cover its short-term obligations with its current assets.  more

### What Are Accruals? How Accrual Accounting Works, With Examples
Accruals are revenues earned or expenses incurred which impact a company's net income, although cash has not yet exchanged hands.  more

### Average Collection Period Formula, How It Works, Example
The average collection period is the amount of time it takes for a business to receive payments owed by its clients in terms of accounts receivable.  more

### Accounts Receivable (AR) Discounted
Accounts receivable discounted refers to the selling of unpaid outstanding invoices for a cash amount that is less than the face value of those invoices.  more

### Days Payable Outstanding (DPO) Defined and How It's Calculated
Days payable outstanding (DPO) is a ratio used to figure out how long it takes a company, on average, to pay its bills and invoices.  more

**Partner Links**

Find yourself on solid ground. Find your Fidelity and apply today.

Get a free personalized learning experience with TD Ameritrade.

When you succeed, so do we. Bring your Series 7 to Fidelity.

Get daily insights on what's moving the markets and why it matters..

 
54% OF BLACK AMERICANS DON'T HAVE THE SAVINGS TO RETIRE. LET'S RETIRE INEQUALITY. LEARN MORE — TIAA

Advertisement

## Related Articles


**FINANCIAL STATEMENTS**
Cash Flow Statement: What It Is and Examples


**FINANCIAL STATEMENTS**
How Do You Read a Balance Sheet?


**FINANCIAL STATEMENTS**
How to Evaluate a Company's Balance Sheet


**ACCOUNTING**
Cash Flow Analysis: The Basics

Waiting for c.amazon-adsystem.com...



**FINANCIAL STATEMENTS**

How Do Accounts Payable Show on the Balance Sheet?



**FINANCIAL RATIOS**

Know Accounts Receivable and Inventory Turnover






      

| About Us | Terms of Use | Dictionary |
| Editorial Policy | Advertise | News |
| Privacy Policy | Contact Us | Careers |
| Do Not Sell My Personal Information | | |



# A B C D E F G H I J K L M N O P Q R S T U V W X Y Z

Investopedia is part of the Dotdash Meredith publishing family.