

BBB of Northeast Florida & Southeast Atlantic
4417 Beach Blvd., Suite 202
Jacksonville, FL 32207 USA
904.721.2288 * 904.721.7373 fax

Monday, April 24, 2023

Eric Rose
A R Resources, Inc.
3107 Spring Glen Rd Ste 214
Jacksonville FL  32207

Dear Eric Rose:

**FINAL NOTICE**

Better Business Bureau received a complaint about your business. We already attempted to contact you via email or mail about this complaint but received no response.

For your reference, the complaint was submitted on 4/13/2023 and was assigned an ID of ▮▮▮▮.

As a neutral third party, your BBB can help to resolve business to business and consumer to business disputes. Often complaints are a result of misunderstandings that a company wants to know about and correct. Previously our office provided your company with a letter of complaint from the consumer listed above. Our records indicate that we have not received a response from you in this matter.

In the interest of time and good customer relations, please provide your BBB with your written reply on this matter within 12 days, from the date of this letter. Your prompt response will allow BBB to be of services to you and your consumer in reaching a mutually agreeable resolution. Please inform us if you have contacted your customer directly and already resolved this matter. This will be our last attempt to contact you regarding this matter.

Your BBB develops and maintains Business Reviews on companies in our service area. This information is available to the public and is frequently used by potential customers. Your cooperation in responding to this complaint becomes part of your BBB Business Review. **Failure to promptly give attention to this matter may be reflected in the report we give to consumers about your company and may have a negative effect on your BBB Rating.**

Please understand that the consumer's complaint and your response may be publicly posted on the BBB Web site (BBB reserves the right to not post in accordance with BBB policy). Please do not include any information that personally identifies your customer. By submitting your response, you are representing that it is a truthful account of your experience with this consumer. The BBB may edit the complaint or your response to protect privacy rights and to remove inappropriate language.

**If you received this complaint via Postal Mail, you may respond online using the link below or respond by mail using the address above.
To access/respond to this complaint online:**
Go to: https://respond.bbb.org/letter/
Enter the following code: ▮▮▮▮

All responses will be copied to the complainant.

Regards,

*Trudy Stevenson*
Trudy Stevenson
The Better Business Bureau

BBB Complaint ID: ▮▮▮▮

BBB Complaint ID:

**CUSTOMER EXPERIENCE INFORMATION**

**Customer Information:**
Y̅         D̅
                        FL 33
Daytime Phone: (727)
E-mail:           @aol.com

**The details of this matter are as follows:**

**Complaint Involves:**
Service Issues

**Customer's Statement of the Problem:**

I saw I have an account at this collection agency through credit karma that is from Bay Area Emergency Physician so I've emailed and called several times since March 7th 2022 to explain my situation but they have not returned my calls or email.

**Desired Settlement:**
Contact by the business

**Additional Comments from Consumer:**
I apologize it is the one in Florida I have been trying to reach.

BBB Complaint ID: