# KOBAL LAW

12169 W. Linebaugh Ave. • Tampa, FL 33626
Phone: 813-873-2440 • Facsimile 813-873-2444
Email to: koballaw@yahoo.com

December 5, 2019

**VIA U.S. MAIL**
AR Resources, Inc.
Registered Agent: Rose, Eric P.
3107 Spring Glen Rd 214
Jacksonville, FL. 32207

      RE:      **My Client:**      B█████ M█████
                 **Your Acct. No.:**   █████

To Whom It May Concern,

    I represent B█████ M█████ with regards to any debts you believe they may owe, including an alleged debt which you've assigned to the above-referenced account number. Any further communications regarding any related matters should be directed to my office and no one from your company should contact my client directly. As you should be aware, the alleged debt that you have attempted to collect from my client arose from medical treatment and/or services they received for injuries caused by an industrial accident my client suffered while working on 4/24/2019. As my client's case has not been denied by the workers' compensation insurance carrier, ████████ ████████, my client is not liable for payment of the medical treatment and/or services you've billed for, pursuant to §440.13, Fla. St.

    It is our position that you have violated the Fair Debt Collection Practices Act ("FDCPA") with respect to my client in your attempts to collect this illegitimate debt. Pursuant to the FDCPA, you are liable to my client under the strict liability statute for any actual damages suffered, statutory damages, reasonable attorney's fees, and costs. Unlike the FCCPA, the FDCPA does not require actual knowledge, Therefore, you are in violation of the statute, even if you didn't know you were

billing and Injured worker. However, my client is willing to settle any claims against your office pre-suit – their demand is currently ███████ inclusive of all damages, fees, and costs, to resolve these matters without having to proceed further.

If you do not wish to settle this matter pre-suit (if I do not hear from you at all within ten [10] business days of your receipt of this letter I will assume you do not wish to settle) I plan on filing a complaint on behalf of my client with the applicable civil court. No documents have presently been filed with any court regarding this matter - any documents filed with any court will be properly served upon your office. Upon commencement of the case my client's settlement demand will increase with the amount of time I will have to expend for my client.

I hope we can resolve this matter without the need for litigation, please contact my office as soon as possible so that we may reach a resolution.

Best regards,

KOBAL LAW, P.A.

/s/ *Jason R. Kobal*
Jason R. Kobal, Esq.

JRK/mo
Enclosure(s)

# AR Resources, Inc.

PO Box 1056
Blue Bell, PA 19422
Phone: (866) 301-0222

Oct 23, 2019

B█████ M████████
████████████████
████████ FL 34███

| Creditor | Account # | Regarding | Amt Owed |
|---|---|---|---|
| WHEELER PEAK EMERG PHYS | ███████ | M█████, B█████ | ███████ |

Please be advised, our client, WHEELER PEAK EMERG PHYSICIANS, has referred your account to us for collections.

Please be advised, our client, WHEELER PEAK EMERG PHYSICIANS, has authorized us to accept a one-time settlement offer for the above referenced account in the amount of ████████ This settlement offer may be canceled at any time. To avoid missing this opportunity, please remit your payment directly to AR Resources, Inc., PO Box 1056, Blue Bell, PA 19422-0287 or call us at 866-378-0792 so we can work with you to establish a repayment plan that fits your budget. Calls to and from our location may be monitored or recorded for quality and training purposes.

Please reference the ARR account number ████████ in all correspondence.

You may also visit us at WWW.ARRESOURCESINC.COM to make a payment online. Your pin number is ████████

If you wish to pay by credit card, please fill in the information below and return in the enclosed envelope.

Please be advised that our client is a credit reporting client. Your credit report may have a negative impact if we do not hear from you

Unless you notify this office within 30 days after receiving this notice that you dispute the validity of the debt or any portion thereof, this office will assume the debt is valid. If you notify this office in writing within 30 days from receiving this notice that you dispute the validity of the debt or any portion thereof, this office will obtain verification of the debt or obtain a copy of a judgment and mail you a copy of such judgment or verification. If you request this office in writing within 30 days after receiving this notice, this office will provide you with the name and address of the original creditor, if different from the current creditor.

This is an attempt to collect a debt and any information obtained will be used for that purpose. This communication is from a debt collector.

Thank You,
AR Resources, Inc.

---

*** PLEASE DETACH HERE AND RETURN BOTTOM STUB WITH PAYMENT IN ENCLOSED ENVELOPE. ***

Y2446DCFF5

PO Box 505
Linden MI 48451-0505
ADDRESS SERVICE REQUESTED

IF YOU WISH TO PAY BY CREDIT CARD, CIRCLE ONE AND FILL IN THE INFORMATION BELOW.

MasterCard   VISA   DISCOVER   AMERICAN EXPRESS

| CARD NUMBER | EXP. DATE |
|---|---|
| CARD HOLDER NAME | CVV |
| SIGNATURE | AMOUNT PAID |

Oct 23, 2019

077 - 186
B█████ M████████
████████████████
████████ FL 34███

Re: WHEELER PEAK EMERG PHYSICIANS
Account Number: ████████████
ARR Account Number: ████████
Balance: $ ████████

AR Resources, Inc.
PO Box 1056
Blue Bell PA 19422-0287

