*8/14/19 pg. 1/A*

*RP 1074*

IN THE CIRCUIT COURT OF THE THIRTEENTH JUDICIAL CIRCUIT
IN AND FOR HILLSBOROUGH COUNTY, FLORIDA

MICHAEL J. PENA,
    Plaintiff,

v.

BLUE MARTINI TAMPA, INC. d/b/a Blue
Martini Lounge, and QUALITY SERVICE
GROUP, LLC, a Florida limited liability
company,
    Defendants.
_____/

Case No. 2017-CA-007208
Division: D

## SUBPOENA DUCES TECUM WITHOUT DEPOSITION

THE STATE OF FLORIDA:

    TO:    AR Resources, Inc.
              c/o Registered Agent: Eric P. Rose
              3107 Spring Glen Rd., #214
              Jacksonville, FL 32207

    **YOU ARE HEREBY COMMANDED**, that all and singular, business and excuses set aside, you appear and attend a deposition on **June 10, 2019, 10:00 A.M.**, at the law office of LEWIS BRISBOIS, BISGAARD & SMITH LLP, located at 401 East Jackson Street, Suite 3400, Tampa, Florida 33602.

    Your attendance is required to give testimony and to produce and permit inspection and copying of designated books, documents or tangible things in your possession, custody or control, or to permit inspection of premises. **You are required to bring with you at the time of your appearance any items set forth below.** If you fail to attend, you will be deemed guilty of contempt of Court and liable to pay all losses and damages caused by your failure to appear.

    Deponent is to bring the following items:

**Any and all MEDICAL information pertaining to the below listed party, including, but not limited to:**

> **MEDICAL RECORDS:**
> Medical records, doctor's notes, reports, patient questionnaires, intake forms, insurance information, admissions, discharges, test results, toxic reports, medical evaluations, summaries, treatment rendered, accident/incident reports, operative reports, mental/behavioral health records, color photographs, videos, referrals, entire chart excluding genetic testing, HIV testing/AIDS treatment and STD records
> **BILLING RECORDS:**
> Itemized billing records, ledgers, statements, claim forms, explanation of benefits,

| |
|---|
| which show charges, payments and adjustments separately, insurance information, entire chart |
| **RADIOLOGY RECORDS:** Radiology and diagnostic films/studies via CD/DVD, videos via CD/DVD, radiology reports, summaries, test results, color photographs including but not limited to arthroscopic procedures, entire chart |

as well as any other materials or information, whether or not specifically categorized above, in your possession, pertaining to:

MICHAEL JOSEPH PENA
DATE OF BIRTH: 04/08/1978   SSN: xxx-xx-8126

******IN LIEU OF APPEARANCE,** you are permitted to provide a copy of all the items requested above, together with a **signed and notarized Certificate of Custodian of Records**, on or before **June 9, 2019**, to of LEWIS BRISBOIS, BISGAARD & SMITH LLP, located at 401 East Jackson Street, Suite 3400, Tampa, Florida 33602; (813) 739-1900. **Please execute the Custodian of Records affidavit, attached as EXHIBIT A.**

## HIPAA NOTICE

This notice is provided pursuant to 45 Code of Federal Regulations, §164.512(e)(1)(ii) & (iii), a part of the federal regulations governing the administration of the Federal Health Insurance Portability and Accountability Act of 1996 (HIPAA). The attorney who issued this subpoena has provided written notice to the patient in question by e-mail to the patient's attorney, along with a copy of this subpoena at least ten (10) days before its service upon you. The time for objection to this subpoena (10 days) has elapsed and no objections have been filed.

**IF COPY COSTS EXCEED $400.00, WRITTEN PREAUTHORIZATION MUST BE OBTAINED FROM OUR OFFICE BEFORE ANY COPIES ARE MADE, OR WE WILL NOT BE RESPONSIBLE FOR PAYING YOUR BILL FOR THE COPIES.**

DATED on this 29 day of **May, 2019.**

_____
JEANETTE O. CARDENAS, ESQ.
Florida Bar Number 0036873
Email:jeanette.cardenas@lewisbrisbois.com;flcourtmail@lewisbrisbois.com;
robin.garcia@lewisbrisbois.com
401 East Jackson Street, Suite 3400
Tampa, Florida 33602
Phone: (813) 739-1900 / (813) 739-1919 (fax)
Attorney for Defendant

## EXHIBIT "A" DECLARATION OF CUSTODIAN OF RECORDS

**NOTE TO RECORDS CUSTODIAN:**
**THIS COMPLETED EXHIBIT ALONG WITH THE SUBPOENA SERVED SHOULD BE INCLUDED WITH ANY AND ALL RESPONSES.**

Name of patient: _____
I declare as follows:
I am employed by and am the duly authorized custodian of records and am authorized to certify records for:

_____

I certify that the accompanying records are true and complete copies of records maintained in the regular course and scope of business of my employer and were prepared by authorized personnel at or near the time of the acts, conditions or events which they intent to convey. No documents, records or other materials have been withheld except as noted below.

I certify that I have made a diligent, thorough and complete search of all available sources including the computer databases for both open and closed files and for all types of treatment and for all types of litigation whether in a storage facility or any other location under the control of my employer for any and all items to be produced on the attached subpoena duces tecum or authorization for the patient named above.

**MEDICAL RECORDS:**

_____ We HAVE Plaintiff's medical records and they are enclosed for the following dates of service span of _____ through _____.   _____ (abstract)
_____ (complete chart)

_____ We DO NOT HAVE any medical records for this Plaintiff for the following reason:
_____ Plaintiff was never treated in this office.
_____ Plaintiff was seen but the records were purged on _____ (DATE).

**BILLING RECORDS:**

_____ We HAVE Plaintiff's full and complete <u>itemized</u> billing records and they are enclosed for the following dates of service span of _____ through _____.

_____ We DO NOT HAVE any billing records for this Plaintiff for the following reason:
_____ Plaintiff was never treated in this office.
_____ Plaintiff was seen but the records were purged on _____ (DATE).

***If billing records are maintained through a separate entity, it is your responsibility to obtain the billing records and provide them with your response.**

**RADIOGRAPHIC FILMS**:

_____ We DO NOT have any x-rays, MRIs, CT Scans, surgery videos, videoflouroscopies and/or diagnostic films of the Plaintiff for the following reason:
　　　_____ Plaintiff was never treated in this office.
　　　_____ Plaintiff was seen but the records were purged on _____ (DATE).

_____ We HAVE x-rays, MRIs, CT scans and/or other studies and/or films.

The number of films being provided via CDs/DVDs are _____

They include the following dates of services and studies:_____
_____
_____
_____

**I declare under penalty of perjury under the laws of the State of Florida that the foregoing is true and correct.**

SIGNED WITNESSED AND SEALED this _____ day of _____, 20____.

　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　RECORDS CUSTODIAN

STATE OF FLORIDA
COUNTY OF _____

　　　The foregoing instrument was acknowledged before me this _____ day of _____, 20_____, by _____, who is personally known to me OR who have produced _____ as identification and who did take an oath.

　　　{SEAL}

　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　NOTARY PUBLIC
　　　　　　　　　　　　　　　　State of Florida
　　　　　　　　　　　　　　　　My Commission Expires: