

Home > Florida > Jacksonville > Collections Agencies > A R Resources, Inc.

🏳 Is this Your Business?   Share   🖨 Print

**Business Profile**

# A R Resources, Inc.

Collections Agencies

Not BBB Accredited

◈ Multi Location Business     Find locations

---

## Contact Information

📍 3107 Spring Glen Rd
Jacksonville, FL 32207

🌐 Visit Website

✉ Email this Business

📞 (888) 277-1887

## Customer Reviews

This business has 0 reviews

**Read Reviews**    Be the First to Review!

## Customer Complaints

**9** complaints closed in last 3 years

**4** complaints closed in last 12 months

**Read Complaints**    File a Complaint

## BBB Rating & Accreditation

**F**

THIS BUSINESS IS NOT BBB ACCREDITED

Search for Accredited Businesses in this category

**Years in Business:** 22

**Customer Reviews are not used in the calculation of BBB Rating**

Reasons for BBB Rating

---

### Related Categories

Collections Agencies

---

## Business Details

This is a multi-location business.
Need to find a different location?

**Location of This Business**
3107 Spring Glen Rd, Jacksonville, FL 32207

## Customer Complaints

9 Customer Complaints

**Need to file a complaint?**
**BBB is here to help. We'll**

✉ **Email this Business**

**BBB File Opened:** 7/19/2002
**Years in Business:** 22
**Business Started:** 2/1/2001
**Business Started Locally:** 2/1/2001
**Business Incorporated:** 2/4/2001
**Type of Entity:** Corporation

**Business Management**
Mr. Eric Rose, President

**Contact Information**
Principal
Mr. Eric Rose, President
Customer Contact
Mr. Eric Rose, President

**Additional Contact Information**
Fax Numbers
(904) 858-9338 `Other Fax`
Phone Numbers
(904) 858-9318 `Other Phone`
(904) 858-9328 `Other Phone`

Read More Business Details

## Industry Tip

BBB Tips on collection agencies: Understand your rights as a consumer when it comes to debt collection

**Read More**

---

guide you through the process. How BBB Processes Complaints and Reviews

**File a Complaint**

**Most Recent Customer Complaint**

| Complaint Type: | Billing/Collection Issues | Status: Unanswered ❓ |

03/08/2023

AR resources opened a file on my credit report from a creditor name "** **** ***" and "****** ***********". I told them on phone and even sent a dispute letter that I am not responsible for this payment. However, they...

Read More

Read 8 More Complaints

## Customer Reviews

0 Customer Reviews

**What do you think? Be the first to review!**
How BBB Processes Complaints and Reviews

**Start a Review**

## Local BBB

BBB Serving Northeast Florida & The Southeast Atlantic

More Info on Local BBB

## BBB Reports On

BBB reports on known marketplace practices.

**See What BBB Reports On**

---

BBB Business Profiles may not be reproduced for sales or promotional purposes.

BBB Business Profiles are provided solely to assist you in exercising your own best judgment. BBB asks third parties who publish complaints, reviews and/or responses on this website to affirm that the information provided is accurate. However, BBB does not verify the accuracy of information provided by third parties, and does not guarantee the accuracy of any information in Business Profiles.

When considering complaint information, please take into account the company's size and volume of transactions, and understand that the nature of complaints and a firm's responses to them are often more important than the number of complaints.

BBB Business Profiles generally cover a three-year reporting period. BBB Business Profiles are subject to change at any time. If you choose to do business with this

BBB Business Profiles generally cover a three-year reporting period. BBB Business Profiles are subject to change at any time. If you choose to do business with this business, please let the business know that you contacted BBB for a BBB Business Profile.

As a matter of policy, BBB does not endorse any product, service or business.



**For Consumers**

Language Translation Information
Search for a Business
Get a Quote
Start a Review
File a Complaint
BBB Scam Tracker
File an Auto Warranty Complaint
BBB Ad Truth
Sign up for Scam Alerts
Frequently Asked Questions (FAQ)
Consumer HQ

**For Businesses**

Search Business Profiles
Get Accredited
BBB EU Privacy Shield
Get Your Business Listed
Partner Code of Conduct
Apply for BBB Accreditation
Business HQ

**About BBB®**

Mission & Vision
Directory of Local BBBs
International Association of Better Business Bureaus
BBB Institute for Marketplace Trust
Careers
BBB Wise Giving Alliance (Give.org)
BBB National Programs
Give.org
BBB Institute for Marketplace Trust
BBB Business Partner Code



Terms of Use | Privacy Policy | Your Ad Choices | Trademarks | Hyperlinking Policy

© 2023, International Association of Better Business Bureaus, Inc., separately incorporated Better Business Bureau organizations in the US, Canada and Mexico and BBB Institute for Marketplace Trust, Inc. All rights reserved. *In Canada, trademark(s) of the International Association of Better Business Bureaus, used under License.