

**Pennsylvania Department of State**
Bureau of Corporations and Charitable Organizations
PO Box 8722 | Harrisburg, PA 17105-8722
T: 717.787.1057
dos.pa.gov/BusinessCharities

## Index Report

May 04, 2023

Examination of the indices in the Department of State on the above date show a Domestic Business Corporation entitled:

**AR RESOURCES, INC.**

| | |
|---|---|
| Entity No.: | 0003104995 |
| Jurisdiction: | PENNSYLVANIA |
| With Address At: | Hamburg, Rubin, Mullin & Maxwell Corporation Service, Inc., 375 MORRIS ROAD, P.O. BOX 1479, LANSDALE, PA  19446 |

**Parties on Record:**

| | | |
|---|---|---|
| President | MARK MACRONE | PO BOX 1056, BLUE BELL, PA  19422-0287 |
| Secretary | ROBERT A ALFORD | PO BOX 1056, BLUE BELL, PA  19422-0287 |
| Treasurer | ROBERT A ALFORD | PO BOX 1056, BLUE BELL, PA  19422-0287 |
| Vice President | TIMOTHY KLEPPICK | PO BOX 1056, BLUE BELL, PA  19422-0287 |

**Filing History:**

| Date | Image No. | Filing |
|---|---|---|
| 11/07/2002 | A5425757-1 | Initial Filing |