# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE DIVISION

**AR RESOURCES, INC.**

        Plaintiff,

*~ against ~*

**ACCOUNTS RECEIVABLE RESOURCES, INC.**
*also known as* **AR RESOURCES, INC.**;

**ROBERT ALFORD**;

**TIM KLEPPICK**; *and*

**MARK MACRONE**,

        Defendants.

_____/

Case No. **3:23-cv-540-BJD-LLL**

### SUPPLEMENTAL AFFIDAVIT OF SERVICE OF MOTION FOR PRELIMINARY INJUNCTION AND TEMPORARY RESTRAINING ORDER

1. My name is Baruch S. Gottesman, Esq., counsel for the Plaintiff in the above captioned matter. I affirm the following to be true under penalty of perjury.

2. On May 10, 2023, I served the Motion for Preliminary Injunction and Temporary Restraining Order with all accompanying papers to all Defendants by sending a copy to:

    (i.) clientservices@arresourcesinc.com,

    (ii.) r.alford@arresourcesinc.com,

    (iii.) m.macrone@arresourcesinc.com,

which I know to be the e-mail addresses of the Defendants and which has

been successful on putting the Defendants on actual notice of filings in this matter in the past.

3. In addition, on May 11, 2023, I sent hard copies of the Motion for Preliminary Injunction and Temporary Restraining Order with all supporting paperwork including the Proposed Order the Memorandum of Law in Support and the Affidavit in Support with all Exhibits to the following addresses by 2-day Fedex to the following

AR Resources, Inc.
512 Township Line Road
2 Valley Square, Suite 210
Blue Bell, PA 19422
**Fedex Tracking No.** 3981 8722 3627

Accounts Receivable Resources, Inc.
301 West Atlantic Ave.
Suite 0-5
Delray Beach, FL 33444
**Fedex Tracking No.** 3981 8733 8942

Robert Alford c/o AR Resources, Inc.
512 Township Line Road
2 Valley Square, Suite 210
Blue Bell, PA 19422
**Fedex Tracking No.** 3981 8743 6380

Tim Kleppick c/o AR Resources, Inc.
512 Township Line Road
2 Valley Square, Suite 210
Blue Bell, PA 19422
**Fedex Tracking No.** 3981 8756 0295

Mark Macrone c/o AR Resources, Inc.
512 Township Line Road
2 Valley Square, Suite 210
Blue Bell, PA 19422
**Fedex Tracking No.** 3981 8769 8670

RESPECTFULLY SUBMITTED,

By: _____
Baruch S. Gottesman, Esq.
GOTTESMAN LEGAL PLLC
11 Broadway, Suite 615
New York, NY 10004
Phone: (212) 401-6910
Fax: (212) 859-7307
bg@gottesmanlegal.com
*Counsel for the Plaintiff*
*Application for Admission* Pro Hac Vice *Pending*