```
                    UNITED STATES DISTRICT COURT
                     MIDDLE DISTRICT OF FLORIDA
```

|  |  |
|---|---|
| AR RESOURCES, INC., ) | |
| Plaintiff, ) | |
| v. ) | |
| ACCOUNTS RECEIVABLE RESOURCES, INC, ) Et al ) | CIVIL ACTION No. 3:23-00540-WGY-LLL |
| Defendants. ) | |

YOUNG, D.J.[1]                                                  March 10, 2025

### JUDGMENT

In accordance with the Court's oral order at the March 6, 2025 motion hearing allowing # 44 Motion for Summary Judgment: Final judgment is entered in favor of the defendants.

**SO ORDERED.**

                                                    /s/ William G. Young
                                                      WILLIAM G. YOUNG
                                                      DISTRICT JUDGE

---

[1] Of the District of Massachusetts, sitting by designation.